UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

IN RE

    JUSTIN M. FINUCANE

DEBTOR

CHAPTER 7

CASE NO. 19-13281-mkv

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned appears as counsel for Bank of America, N.A., a creditor and a party in interest, pertaining to property located at 2241 Hillandale Avenue, Spring Hill, FL 34608, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile number set forth below.

Dated: October 21, 2019

Respectfully Submitted,

/s/ *Nicole DiStasio*
Nicole DiStasio
Bankruptcy Attorney
Shapiro, DiCaro & Barak, LLC
Attorneys for Bank of America, N.A.
175 Mile Crossing Boulevard
Rochester, New York 14624
Telephone: (585) 247-9000
Fax: (585) 247-7380

**SHAPIRO, DICARO & BARAK, LLC**
Attorneys for Bank of America, N.A.
175 Mile Crossing Boulevard
Rochester, New York 14624
Telephone: (585) 247-9000, Fax: (585) 247-7380
**Nicole DiStasio**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

IN RE                                 CHAPTER 7

    JUSTIN M. FINUCANE            CASE NO. 19-13281-mkv

                     DEBTOR

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                   )ss:
COUNTY OF MONROE      )

    I, Sara Luby, being sworn, say, I am not a party to this action; I am over 18 years of age, I reside in Rochester, New York.

    On 10-22, 2019 I served the within Notice of Appearance upon:

TO:                                                                                  Debtor

Justin M. Finucane
320 East 50th Street
Apartment BSMT
New York, NY 10022

at the addresses designated by the foregoing individuals for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York. And upon the following individuals:

19-084732 - BK01

Attorney for Debtor
Robert M. Fox
Robert@rfoxlaw.com

Trustee
Yann Geron
Reitler Kailas & Rosenblatt LLC
ygeron@reitlerlaw.com

U.S. Trustee
USTPRegion02.BR.ECF@usdoj.gov

electronically through CM/ECF with service receipts sent to the designated electronic mailing addresses.

Date 10-22-2019

*Sara Luby*
Sara Luby
Bankruptcy Assistant
Shapiro, DiCaro & Barak, LLC
Attorneys for Bank of America, N.A.
175 Mile Crossing Boulevard
Rochester, New York 14624
Telephone: (585) 247-9000
Fax: (585) 247-7380

Sworn to before me this
22 day of October, 2019

Notary Public

KATRINA BELLIS
Notary Public, State of New York
No. 01BE6128872
Qualified in Monroe County
Commission Expires June 20, 2021