UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                : Chapter 7
                                     :
JUSTIN M. FINUCANE,                  : Case No. 19-13281 (MKV)
                                     :
                    Debtor.          :
-----------------------------------------------------------x

### STIPULATION AND ORDER EXTENDING THE UNITED STATES TRUSTEE'S AND CHAPTER 7 TRUSTEE'S RESPECTIVE TIME TO OBJECT TO DEBTOR'S DISCHARGE OR TO MOVE TO DISMISS DEBTOR'S BANKRUPTCY CASE

**WHEREAS**, the above-captioned debtor (the "Debtor") filed a voluntary petition for relief under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, Yann Geron (the "Trustee") has been appointed chapter 7 trustee of the above-captioned bankruptcy estate; and

**WHEREAS**, pursuant to 11 U.S.C. § 707(b), 11 U.S.C. § 727(a), Fed. R. Bankr. P. 1017(e), and Fed. R. Bankr. P. 4004(a), the last day to move for dismissal and/or to object to discharge is January 21, 2020;

**IT IS NOW, THEREFORE, STIPULATED** by and between the parties hereto that the time in which the Trustee and the United States Trustee must object to the Debtor's discharge pursuant to § 727(a) of the Bankruptcy Code or to move to dismiss the Debtor's case pursuant to § 707(b) be, and it hereby is, extended to and including **March 20, 2020** without prejudice to seek further extensions.

New York, New York
Dated:   11/19/19

By: *s/ Yann Geron*
Yann Geron, Chapter 7 Trustee

New York, New York                    DEBTOR/ATTORNEY FOR DEBTOR(S)
Dated:   11/19/19

By: *s/ Robert M. Fox*
Robert M. Fox, Esq.

**SO ORDERED**:                       **No Objection:**

Dated: New York, New York             WILLIAM K. HARRINGTON
       November 25,
       2019                           UNITED STATES TRUSTEE

*s/ Mary Kay Vyskocil*                *s/ Susan Arbeit*           11/22/19
Honorable Mary Kay Vyskocil           Susan Arbeit, Esq.
United States Bankruptcy Judge        Trial Attorney