**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Justin M Finucane | CASE NO.: 19–13281–rg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–0187 | CHAPTER: 7 |

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Robert E. Grossman on December 23, 2019 for administration. Please style all future captions with the appropriate judicial suffix (rg ).

| | |
|---|---|
| Dated: December 23, 2019 | Vito Genna<br>Clerk of the Court |