UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re                                          :          Chapter 7
                                               :
JUSTIN M. FINUCANE,                            :          Case No. 19-13281-rg
                                               :
                          Debtor.              :

---------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        )  ss:
COUNTY OF NEW YORK      )

      Karen Menendez, being sworn, deposes and says:

    1.    I am not a party to this action, am over eighteen years of age, am a resident of Queens County, New York and am an employee of Reitler Kailas & Rosenblatt LLC, 885 Third Avenue, 20th Floor, New York, NY 10022.

    2.    On **January 24, 2020**, I served a true and correct copy of the *Notice of Abandonment of Property* [DE 18] upon the following parties listed on the attached Schedule 1 at the addresses designated for that purpose by depositing true copies of the same enclosed in a first class post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                               Karen Menendez

Sworn to before me this
27th day of January, 2020

Notary Public

**CARLA N. MCFARLANE**
Notary Public, State of New York
No. 01MC6344962
Qualified in Kings County
Commission Expires 7/18/2020

## SCHEDULE 1

Justin Finucane
320 East 50th Street, Apt. BSMT
New York, NY 10022-7920

Office of the U.S. Trustee
201 Varick Street, Suite 1006
New York, NY 10014-9449
Attn: Susan Arbeit, Esq.

Law Offices of Robert M. Fox
Attn: Robert M. Fox
630 3rd Avenue, 18th Floor
New York, NY 10017-6705

Shapiro, Dicaro & Barak LLC
Attorneys for Bank of America, N.A.
175 Mile Crossing Boulevard
Rochester, NY 14624-6249
Attn: Nicole DiStasio, Esq.

Shiryak, Bowman, Anderson, Gill,
& Kadochnikov, LLP
Attorneys for Nicole Finucane
80-02 Kew Gardens Road
Suite 600
Kew Gardens, NY 11415-3606
Attn: Btzalel Hirschhorn, Esq.

AMEX
P.O. Box 981537
El Paso, TX 79998-1537

Bank of America
P.O. Box 982238
El Paso, TX 79998-2238

BANKAMERICA
4909 Savarese Circle
Tampa, FL 33634-2413

Barclays Bank Delaware
P.O. Box 8803
Wilmington, DE 19899-8803

Bobs DS Furn
CSCL Dispute Team N8235-04M
Des Moines, IA 50305

Capital One
P.O. Box 30253
Salt Lake City, UT 84130-0253

Capital One Bank USA N
P.O. Box 30281
Salt Lake City, UT 84130-0281

CBNA
P.O. Box 6497
Sioux Falls, SD 57117-6497

CITI
P.O. Box 6190
Sioux Falls, SD 57117-6190

Citicards CBNA
P.O. Box 6217
Sioux Falls, SD 57117-6217

Comenity Bank/Express
P.O. Box 182789
Columbus, OH 43218-2789

Comenity Bank/Fashbug
P.O. Box 182789
Columbus, OH 43218-2789

Discover Fin Svcs LLC
POB 15316
Wilmington, DE 19850-5316

Enhanced Recovery Co L
P.O. Box 57547
Jacksonville, FL 32241-7547

First Premier Bank
3820 N. Louise Ave
Sioux Falls, SD 57107-0145

FNB Omaha
P.O. Box 3412
Omaha, NE 68197-0001

IRS
POB 37003
Hartford, CT 06176-7003

JPMCB Card
P.O. Box 15298
Wilmington, DE 19850-5298

JPMCB Card
P.O. Box 15369
Wilmington, DE 19850-5369

KOHLS/CAPONE
P.O. Box 3115
Milwaukee, WI 53201-3115

Lending Club Corp
595 Market Street
San Francisco, CA 94105-2807

Macys/DSNB
P.O. Box 8218
Mason, OH 45040-8218

Mercury Card/FB&T/TSYS
1415 Warm Springs Road
Columbus, GA 31904-8366

Merrick Bank Corp.
P.O. Box 9201
Old Bethpage, NY 11804-9001

MFGRS & TRADERS TRUST
P.O. Box 900
Millsboro, DE 19966-0900

Midland Funding
320 East Big Beaver
Troy, MI 48083-1271

Nicole Finucane
2241 Hillandale Avenue
Spring Hill, FL 34608-4839

NYS Department of Taxation
POB 5300
Albany, NY 12205-0300

N.Y. State Unemployment Insurance
Fund
P.O. Box 551
Albany, NY 12201-0551

New York City Dept. Of Finance
345 Adams Street, 3rd Floor
Attn: Legal Affairs - Devora Cohn
Brooklyn, NY 11201-3719

United States Attorney's Office,
SDNY
Attention: Tax & Bankruptcy Unit
86 Chambers Street, Third Floor
New York, NY 10007-1825

New York State Tax Commission
Bankruptcy/Special Procedures
Section
P.O. Box 5300,
Albany, NY 12205-0300

PORTFOLIO RECOV ASSOC
120 Corporate Boulevard, Suite
100
Norfolk, VA 23502-4952

PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541-1021

SYNCB/Amazon
P.O. Box 965015
Orlando, FL 32896-5015

SYNCB/Gap
P.O. Box 965005
Orlando, FL 32896-5005

SYNCB/Ikea
P.O. Box 965005
Orlando, FL 32896-5005

SYNCB/JCP
P.O. Box 965007
Orlando, FL 32896-5007

SYNCB/Lowes DC
P.O. Box 965005
Orlando, FL 32896-5005

SYNCB/MC
P.O. Box 965005
Orlando, FL 32896-5005

SYNCB/OLDNAVYDC
P.O. Box 965005
Orlando, FL 32896-5005

SYNCB/PPC
P.O. Box 965005
Orlando, FL 32896-5005

SYNCB/Walmart
P.O. Box 965024
Orlando, FL 32896-5024

TD BANK USA/TARGETCRED
P.O. Box 673
Minneapolis, MN 55440-0673

THD/CBNA
P.O. Box 6497
Sioux Falls, SD 57117-6497

US Bank
CB Disputes
Saint Louis, MO 63166

Fersch LLC
Attorneys for Nicole Finucane
11 Broadway, Ste. 550
New York, NY 10004
Attn: Meryl A. Hoeft, Esq.

NICOLE FINUCANE
Shiryak, Bowman, Anderson,
Gill & Kadochnikov, LLC
80-02 Kew Gardens Rd., Suite 600
Kew Gardens, New York 11415